| Information to identify the case: | | |
|---|---|---|
| Debtor 1: **Miho Maki**<br>First Name   Middle Name   Last Name | Social Security number or ITIN: xxx–xx–2537<br>EIN: __–_____ | |
| Debtor 2:<br>(Spouse, if filing)   First Name   Middle Name   Last Name | Social Security number or ITIN: ____<br>EIN: __–_____ | |
| United States Bankruptcy Court: Southern District of New York | Date case filed for chapter: 7   6/23/23 | |
| Case number: 23-10978-mg | | |

Official Form 309A (For Individuals or Joint Debtors)

## Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline     10/20

**For the debtor(s) listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office and the office of the U.S. Trustee cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Miho Maki | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 166 E. 82nd Street<br>#4C<br>New York, NY 10028 | |
| 4. | **Debtor's attorney**<br>Name and address | Douglas J. Pick<br>Pick & Zabicki LLP<br>369 Lexington Avenue, 12th Floor<br>New York, NY 10017 | Contact phone (212) 695-6000<br>Email: dpick@picklaw.net |
| 5. | **Bankruptcy trustee**<br>Name and address | Alan Nisselson<br>Windels Marx Lane & Mittendorf, LLP<br>156 West 56th Street<br>New York, NY 10019 | Contact phone (212) 237-1199<br>Email: anisselson@windelsmarx.com |

**For more information, see page 2 >**

| | | | |
|---|---|---|---|
| Debtor **Miho Maki** | | | Case number **23–10978–mg** |

| | | | |
|---|---|---|---|
| 6. | **Bankruptcy clerk's office**<br><br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at pacer.uscourts.gov. | One Bowling Green<br>New York, NY 10004–1408<br><br>Clerk of the Bankruptcy Court:<br>Vito Genna | Office Hours: Monday – Friday<br>8:30 AM – 5:00 PM<br><br>Contact phone 212–668–2870<br>Date: 6/23/23 |
| 7. | **Meeting of creditors**<br><br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **July 18, 2023 at 09:30 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. Debtor should bring this notice to the first meeting of creditors, together with any other documents requested by the trustee. | Location:<br><br>**Teleconference \*ONLY\*, Contact Trustee (see Trustee Section), for direction** |
| 8. | **Presumption of abuse**<br><br>If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. | |
| 9. | **Deadlines**<br><br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br><br>**You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).<br><br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline: 9/18/23** |
| | | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| 10. | **Proof of claim**<br><br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| 11. | **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| 12. | **Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at pacer.uscourts.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |
| 13. | **Debtors** | Duty to complete Financial Management Course and File Certificate: The Personal Financial Management Course must be completed and Official Form 423 (Certification About a Financial Management Course) must be filed within 60 days after the first date set for your section 341(a) meeting, pursuant to Bankruptcy Rule 1007(c). Please note: You will not receive your discharge and your case will be closed without entry of a discharge, if you do not file the form within the required time allotted. If you fail to file the Certification About a Financial Management Course and your case is closed, you will be required to file a Motion to Reopen the Case to allow for filing of the Certification, paying required fees, if any become due, applicable to either the reopening of the case or filing of the motion. | |

United States Bankruptcy Court
Southern District of New York

| | |
|---|---|
| In re: | Case No. 23-10978-mg |
| Miho Maki | Chapter 7 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0208-1 | User: admin | Page 1 of 2 |
| Date Rcvd: Jun 23, 2023 | Form ID: 309A | Total Noticed: 29 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 25, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Miho Maki, 166 E. 82nd Street, #4C, New York, NY 10028-1847 |
| 8029986 | + | 166 E. 82nd Street LLC, P.O. Box 3423, Grand Central Station, New York, NY 10163-3423 |
| 8029987 | + | Capital One Quicksilver Card, 347 Sixth Avenue, New York, NY 10014-3821 |
| 8029992 | + | Ku-Raku New York Inc., 3952 Broadway, New York, NY 10032-1543 |
| 8029993 | | Masahiko Negita, 8 Floral Terrace, Tenafly, NJ 07670 |
| 8029994 | + | NYC Dept. of Finance, 66 John Street, 2nd Floor, Legal Dept., Brooklyn, NY 11201-1122 |
| 8029995 | + | NYC Law Dept., 100 Church Street, New York, NY 10007-2668 |
| 8029996 | + | NYS Attorney General, 28 Liberty Street, New York, NY 10005-1400 |
| 8030000 | + | Office of the U.S. Trustee, Alexander Hamilton Custom House, One Bowling Green, Room 534, New York, NY 10004-1459 |
| 8030001 | + | Ornrat Keawsri, Lead Plaintiff, et al., c/o Florence Rostami Law, LLC, 420 Lexington Avenue, Suite 1402, New York, NY 10170-0057 |
| 8030003 | + | Ramen-ya Inc., c/o Miho Maki, 166 E. 82nd Street, #4C, New York, NY 10028-1847 |
| 8030005 | + | U.S. Dept. of Justice, Box 55, Washington, DC 20044-0055 |
| 8030006 | + | United States Attorney, One St. Andrews Plaza, Claims Unit, New York, NY 10007-1701 |
| 8030007 | + | Y & S International Corp., 345 East 78th Street, New York, NY 10075-1317 |
| 8030008 | | Yasuko Negita, 8 Floral Terrace, Tenafly, NJ 07670 |

TOTAL: 15

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | | Email/Text: dpick@picklaw.net | Jun 23 2023 19:00:00 | Douglas J. Pick, Pick & Zabicki LLP, 369 Lexington Avenue, 12th Floor, New York, NY 10017 |
| tr | + | EDI: BANISSELSON.COM | Jun 23 2023 23:03:00 | Alan Nisselson, Windels Marx Lane & Mittendorf, LLP, 156 West 56th Street, New York, NY 10019-3800 |
| smg | | Email/Text: labor.sm.ui.bankruptcy@labor.ny.gov | Jun 23 2023 19:00:00 | N.Y. State Unemployment Insurance Fund, P.O. Box 551, Albany, NY 12201-0551 |
| smg | + | Email/Text: DOFBankruptcy@finance.nyc.gov | Jun 23 2023 19:00:00 | New York City Dept. Of Finance, Office of Legal Affairs, 375 Pearl Street, 30th Floor, New York, NY 10038-1442 |
| smg | | Email/Text: nys.dtf.bncnotice@tax.ny.gov | Jun 23 2023 19:01:00 | New York State Tax Commission, Bankruptcy/Special Procedures Section, P.O. Box 5300, Albany, NY 12205-0300 |
| smg | + | Email/Text: USANYS.Bankruptcy@usdoj.gov | Jun 23 2023 19:00:00 | United States Attorney's Office, Southern District of New York, Attention: Tax & Bankruptcy Unit, 86 Chambers Street, Third Floor, New York, NY 10007-1825 |
| ust | ^ | MEBN | Jun 23 2023 18:58:40 | United States Trustee, Office of the United States Trustee - NY, Alexander Hamilton Custom House, One Bowling Green, Room 534, New York, NY 10004-1459 |
| 8029990 | | EDI: IRS.COM | Jun 23 2023 23:03:00 | Internal Revenue Service, P.O. Box 7346, |

| Recip ID | Method | Date/Time | Name and Address |
|---|---|---|---|
| | | | Philadelphia, PA 19101-7346 |
| 8029988 | EDI: JPMORGANCHASE | Jun 23 2023 23:03:00 | Chase Amazon Card, 340 Avenue of the Americas, New York, NY 10011 |
| 8029989 | EDI: JPMORGANCHASE | Jun 23 2023 23:03:00 | Chase Freedom Card, 340 Avenue of the Americas, New York, NY 10011 |
| 8029997 | + Email/Text: labor.sm.ui.bankruptcy@labor.ny.gov | Jun 23 2023 19:00:00 | NYS Dept. of Labor, WA Harriman Campus, Building 12, #256, Albany, NY 12240-0001 |
| 8029998 | Email/Text: nys.dtf.bncnotice@tax.ny.gov | Jun 23 2023 19:01:00 | NYS Dept. of Taxation and Finance, Bankruptcy/Special Procedures Section, P.O. Box 5300, Albany, NY 12205-0300 |
| 8029999 | + Email/Text: labor.sm.ui.bankruptcy@labor.ny.gov | Jun 23 2023 19:00:00 | NYS Unemployment Insurance Fund, P.O. Box 551, Albany, NY 12201-0551 |
| 8030002 | + Email/Text: dpick@picklaw.net | Jun 23 2023 19:01:00 | Pick & Zabicki LLP, 369 Lexington Avenue, 12th Floor, New York, NY 10017-6527 |

TOTAL: 14

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 8029991 | | Kenji Kora, Address Unknown |
| 8030004 | | Toshihito Kobayashi, Address Unknown |

TOTAL: 2 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 25, 2023  Signature:  /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 23, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Alan Nisselson | anisselson@windelsmarx.com n159@ecfcbis.com;theston@windelsmarx.com;mcorwin@windelsmarx.com |
| Douglas J. Pick | on behalf of Debtor Ramen-ya Inc. dpick@picklaw.net ezabicki@picklaw.net |
| Douglas J. Pick | on behalf of Debtor Miho Maki dpick@picklaw.net ezabicki@picklaw.net |
| United States Trustee | USTPRegion02.NYECF@USDOJ.GOV |

TOTAL: 4