Douglas J. Pick, Esq.
Eric C. Zabicki, Esq.
**PICK & ZABICKI LLP**
Counsel to the Debtor
369 Lexington Avenue, 12th Floor
New York, New York 10017
(212) 695-6000

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x
In re:

MIHO MAKI,

                              Debtor.
------------------------------------------------------x

Chapter 7
Case No. 23-10978 (MG)

## DECLARATION REGARDING AMENDED VOLUNTARY PETITION AND AMENDED SCHEDULES A/B, C AND H

MIHO MAKI, hereby declares as follows under penalty of perjury:

1.      I am the debtor and debtor-in-possession herein. I filed a voluntary petition for relief under Chapter 7 of the Bankruptcy Code with the Court on June 23, 2023. Filed herewith are my Amended Voluntary Petition and my Amended Schedules A/B, C and H.

2.      My Voluntary Petition was amended for the purpose of listing "Miho Maki-Hasegawa" as another name I have used in the last 8 years.

3.      Schedules A/B and C were amended for the purpose of disclosing certain Japanese bank accounts, a cryptocurrency account and additional pieces of jewelry which were inadvertently omitted from my schedules and adding corresponding exemptions. Schedule H was amended for the purpose of removing Toshihito Kobayashi as a codebtor with respect to certain scheduled obligations.

4.      Other than the removal of Toshihito Kobayashi, no creditors or other parties were added to or deleted from my schedules and none of the names or addresses of any previously scheduled creditors or parties have been altered.

5.      I hereby declare, pursuant to 28 U.S.C. § 1746 and under penalties of perjury, that the foregoing is true and correct to the best of my knowledge and belief.

Dated: June 27, 2023

MIHO MAKI

Fill in this information to identify your case:

United States Bankruptcy Court for the:

Southern District of New York

Case number (If known): _____

Chapter you are filing under:
☑ Chapter 7
☐ Chapter 11
☐ Chapter 12
☐ Chapter 13

☑ Check if this is an amended filing

## Official Form 101

# Voluntary Petition for Individuals Filing for Bankruptcy

12/22

The bankruptcy forms use *you* and *Debtor 1* to refer to a debtor filing alone. A married couple may file a bankruptcy case together—called a *joint case*—and in joint cases, these forms use *you* to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be *yes* if either debtor owns a car. When information is needed about the spouses separately, the form uses *Debtor 1* and *Debtor 2* to distinguish between them. In joint cases, one of the spouses must report information as *Debtor 1* and the other as *Debtor 2*. The same person must be *Debtor 1* in all of the forms.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

| Part 1: | Identify Yourself |
| --- | --- |

|  | | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
| --- | --- | --- | --- |
| 1. | **Your full name**<br><br>Write the name that is on your government-issued picture identification (for example, your driver's license or passport).<br><br>Bring your picture identification to your meeting with the trustee. | Miho<br>First name<br><br>Middle name<br><br>Maki<br>Last name<br><br>Suffix (Sr., Jr., II, III) | First name<br><br>Middle name<br><br>Last name<br><br>Suffix (Sr., Jr., II, III) |
| 2. | **All other names you have used in the last 8 years**<br><br>Include your married or maiden names and any assumed, trade names and doing business as names.<br><br>Do NOT list the name of any separate legal entity such as a corporation, partnership, or LLC that is not filing this petition. | Miho  Maki-Hasegawa | |
| 3. | **Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number (ITIN)** | xxx – xx – 2 5 3 7<br>OR<br>9 xx – xx – ___ ___ ___ ___ | xxx – xx – ___ ___ ___ ___<br>OR<br>9 xx – xx – ___ ___ ___ ___ |

| | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|
| **4. Your Employer Identification Number (EIN), if any.** | EIN _____<br><br>EIN _____<br><br>EIN _____<br><br>EIN _____ | EIN _____<br><br>EIN _____<br><br>EIN _____<br><br>EIN _____ |

**5. Where you live**

166 E. 82nd Street

_____
Number    Street

#4C

_____

New York        NY    10028
City             State    ZIP Code

New York County

_____
County

If your mailing address is different from the one above, fill it in here. Note that the court will send any notices to you at this mailing address.

_____
Number    Street

_____
P.O. Box

_____
City             State    ZIP Code

**If Debtor 2 lives at a different address:**

_____
Number    Street

_____

_____
City             State    ZIP Code

_____
County

If Debtor 2's mailing address is different from yours, fill it in here. Note that the court will send any notices to this mailing address.

_____
Number    Street

_____
P.O. Box

_____
City             State    ZIP Code

**6. Why you are choosing *this district* to file for bankruptcy**

Check one:

☑ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☐ I have another reason. Explain.

(See 28 U.S.C. § 1408.)

Check one:

☐ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☐ I have another reason. Explain.

(See 28 U.S.C. § 1408.)

| Debtor 1 | Miho Maki | | | Case number (if known) _____ |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

## Part 2: Tell the Court About Your Bankruptcy Case

**7. The chapter of the Bankruptcy Code you are choosing to file under**

*Check one.* (For a brief description of each, see *Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy* (Form 2010)). Also, go to the top of page 1 and check the appropriate box.

- [x] Chapter 7
- [ ] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13

**8. How you will pay the fee**

- [x] **I will pay the entire fee when I file my petition.** Please check with the clerk's office in your local court for more details about how you may pay. Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order. If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address.

- [ ] **I need to pay the fee in installments.** If you choose this option, sign and attach the *Application for Individuals to Pay The Filing Fee in Installments* (Official Form 103A).

- [ ] **I request that my fee be waived** (You may request this option only if you are filing for Chapter 7. By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments). If you choose this option, you must fill out the *Application to Have the Chapter 7 Filing Fee Waived* (Official Form 103B) and file it with your petition.

**9. Have you filed for bankruptcy within the last 8 years?**

- [x] No
- [ ] Yes.

| | District | When | Case number |
|---|---|---|---|
| District | _____ | When _____ | Case number _____ |
| District | _____ | When _____ | Case number _____ |
| District | _____ | When _____ | Case number _____ |

**10. Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate?**

- [ ] No
- [x] Yes.

Debtor Ramen-Ya Inc. _____ Relationship to you Officer/Shareholder

District SDNY _____ When _____ Case number, if known _____

Debtor _____ Relationship to you _____

District _____ When _____ Case number, if known _____

**11. Do you rent your residence?**

- [ ] No. Go to line 12.
- [x] Yes. Has your landlord obtained an eviction judgment against you?

  - [x] No. Go to line 12.
  - [ ] Yes. Fill out *Initial Statement About an Eviction Judgment Against You* (Form 101A) and file it with this bankruptcy petition.

## Part 3: Report About Any Businesses You Own as a Sole Proprietor

**12. Are you a sole proprietor of any full- or part-time business?**

A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or LLC.

If you have more than one sole proprietorship, use a separate sheet and attach it to this petition.

☑ No. Go to Part 4.

☐ Yes. Name and location of business

_____
Name of business, if any

_____
Number    Street

_____

_____
City           State    ZIP Code

Check the appropriate box to describe your business:

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ None of the above

**13. Are you filing under Chapter 11 of the Bankruptcy Code and are you a *small business debtor* or a debtor as defined by 11 U.S. C. § 1182(1)?**

For a definition of *small business debtor*, see 11 U.S.C. § 101(51D).

If you are filing under Chapter 11, the court must know whether you are a small business debtor or a debtor choosing to proceed under Subchapter V so that it can set appropriate deadlines. If you indicate that you are a small business debtor or you are choosing to proceed under Subchapter V, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☑ No.   I am not filing under Chapter 11.

☐ No.   I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.

☐ Yes. I am filing under Chapter 11 and I am a small business debtor according to the definition in the Bankruptcy Code, and I do not choose to proceed under Subchapter V of Chapter 11.

☐ Yes. I am filing under Chapter 11, I am a debtor according to the definition in § 1182(1) of the Bankrutpcy Code, and I choose to proceed under Subchatper V of Chapter 11.

## Part 4: Report If You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention

**14. Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety? Or do you own any property that needs immediate attention?**

*For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?*

☑ No

☐ Yes.   What is the hazard?

_____

If immediate attention is needed, why is it needed?

_____

Where is the property?

_____

## Part 5: Explain Your Efforts to Receive a Briefing About Credit Counseling

**15. Tell the court whether you have received a briefing about credit counseling.**

The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices. If you cannot do so, you are not eligible to file.

If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again.

**About Debtor 1:**

*You must check one:*

☑ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.** I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.** My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.** I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

**About Debtor 2 (Spouse Only in a Joint Case):**

*You must check one:*

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.** I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.** My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.** I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

## Part 6:    Answer These Questions for Reporting Purposes

**16. What kind of debts do you have?**

**16a. Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

☑ No. Go to line 16b.
☐ Yes. Go to line 17.

**16b. Are your debts primarily business debts?** *Business debts* are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.

☐ No. Go to line 16c.
☑ Yes. Go to line 17.

**16c.** State the type of debts you owe that are not consumer debts or business debts.

_____

_____

**17. Are you filing under Chapter 7?**

☐ No. I am not filing under Chapter 7. Go to line 18.

**Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?**

☑ Yes. I am filing under Chapter 7. Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?

☑ No
☐ Yes

**18. How many creditors do you estimate that you owe?**

☑ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5,001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**19. How much do you estimate your assets to be worth?**

☑ $0-$50,000
☐ $50,001-$100,000
☐ $100,001-$500,000
☐ $500,001-$1 million

☐ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million

☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

**20. How much do you estimate your liabilities to be?**

☐ $0-$50,000
☐ $50,001-$100,000
☐ $100,001-$500,000
☐ $500,001-$1 million

☑ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million

☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

## Part 7:    Sign Below

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11,12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

✘ /s/ Miho  Maki                                      ✘ _____
Signature of Debtor 1                                    Signature of Debtor 2

Executed on   06/27/2023                              Executed on  _____
            MM  /  DD  /YYYY                                       MM  /  DD  /YYYY

**For your attorney, If you are represented by one**

**If you are not represented by an attorney, you do not need to file this page.**

I, the attorney for the debtor(s) named in this petition, declare that I have informed the debtor(s) about eligibility to proceed under Chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each chapter for which the person is eligible. I also certify that I have delivered to the debtor(s) the notice required by 11 U.S.C. § 342(b) and, in a case in which § 707(b)(4)(D) applies, certify that I have no knowledge after an inquiry that the information in the schedules filed with the petition is incorrect.

✖  /s/ Douglas Pick

Signature of Attorney for Debtor

Date  06/27/2023
MM  /  DD  /YYYY

Douglas Pick
Printed name

Pick & Zabicki LLP
Firm name

369 Lexington Avenue
Number    Street

12th Floor

New York City          NY      10017
City                    State   ZIP Code

Contact phone (212) 695-6000      Email address  dpick@picklaw.net

1743996                          NY
Bar number                       State

Fill in this information to identify your case and this filing:

| Debtor 1 | Miho Maki | | |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: Southern District of New York

Case number
(if know) _____

☑ Check if this is
an amended
filing

## Official Form 106A/B

# Schedule A/B: Property

12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1: Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest in

1. Do you own or have any legal or equitable interest in any residence, building, land, or similar property?
☑ No. Go to Part 2
☐ Yes. Where is the property?

## Part 2: Describe Your Vehicles

Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not? Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

3. Cars, vans, trucks, tractors, sport utility vehicles, motorcycles
☑ No
☐ Yes

4. Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories
*Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories
☑ No
☐ Yes

5. Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here.................................................................► | $0.00 |

## Part 3: Describe Your Personal and Household Items

Do you own or have any legal or equitable interest in any of the following? | Current value of the portion you own? Do not deduct secured claims or exemptions.

6. Household goods and furnishings
*Examples:* Major appliances, furniture, linens, china, kitchenware
☐ No
☑ Yes. Describe...

| Household goods and furnishings | $ 1,000.00 |

7. Electronics
*Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games
☐ No
☑ Yes. Describe...

| Desktop computer, laptop computer, printer and cellular phone | $ 500.00 |

**8. Collectibles of value**

*Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles

☑ No
☐ Yes. Describe...

**9. Equipment for sports and hobbies**

*Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments

☑ No
☐ Yes. Describe...

**10. Firearms**

*Examples:* Pistols, rifles, shotguns, ammunition, and related equipment

☑ No
☐ Yes. Describe...

**11. Clothes**

*Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories

☐ No
☑ Yes. Describe...

| Clothes | $ 500.00 |

**12. Jewelry**

*Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems gold, silver

☐ No
☑ Yes. Describe...

| Rings, 2 sets of earrings and bracelet | $ 1,000.00 |

**13. Non-farm animals**

*Examples:* Dogs, cats, birds, horses

☑ No
☐ Yes. Describe...

**14. Any other personal and household items you did not already list, including any health aids you did not list**

☑ No
☐ Yes. Give specific information...

**15. Add the dollar value of the portion you own for all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here**.................................................➤   $ 3,000.00

Do you own or have any legal or equitable interest in any of the following?    Current value of the portion you own? Do not deduct secured claims or exemptions.

**16. Cash**

*Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition

☐ No
☑ Yes..............................................................................    Cash ........................    $ 100.00

**17. Deposits of money**

*Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses and other similar institutions. If you have multiple accounts with the same institution, list each.

☐ No
☑ Yes.................          Institution name:

17.1. Checking account:   Capital One Bank (Restrained)    $ 2,113.00

17.2. Checking account:   TD Bank    $ 694.00

17.3. Checking account:   Apple Bank    $ 5.00

| 17.4. Other financial account: | Rakuten Bank | $ 3,045.00 |
| 17.5. Other financial account: | Bitslamp | $ 798.00 |
| 17.6. Other financial account: | Yu-Cho Japan Post Bank | $ 646.00 |
| 17.7. Savings account: | TD Bank | $ 345.00 |
| 17.8. Savings account: | Capital One Bank (Restrained) | $ 1,340.00 |

**18. Bonds, mutual funds, or publicly traded stocks**

*Examples:* Bond funds, investment accounts with brokerage firms, money market accounts

☐ No
☑ Yes...................

Institution or issuer name:

| Gain Capital Group LLC | $ 457.00 |
| Oanda | $ 25.00 |
| Investors Group | $ 1,000.00 |

**19. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**

☐ No
☑ Yes. Give specific information about them...........

| Name of entity: | % of ownership: | |
|---|---|---|
| Ku-Raku New York Inc. | 10 % | $ Unknown |
| Ramen-ya Inc. (Closed) | 100 % | $ 0.00 |

**20. Government and corporate bonds and other negotiable and non-negotiable instruments**

Negotiable instruments include personal checks, cashiers' checks, promissory notes, and money orders.
Non-negotiable instruments are those you cannot transfer to someone by signing or delivering them.

☑ No
☐ Yes. Give specific information about them..........

**21. Retirement or pension accounts**

*Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans

☐ No
☑ Yes. List each account separately

| Type of account | Institution name | |
|---|---|---|
| IRA: | New York Life Insurance & Annuity Corp. | $ 15,061.00 |

**22. Security deposits and prepayments**
Your share of all unused deposits you have made so that you may continue service or use from a company

*Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others

☐ No
☑ Yes....................

| Institution name or individual: | |
|---|---|
| Security deposit on rental unit   Security Deposit With Landlord | $ 2,000.00 |

**23. Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)

☑ No
☐ Yes....................

**24. Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).

☑ No
☐ Yes....................

**25. Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**

☑ No
☐ Yes. Give specific information about them...

26. **Patents, copyrights, trademarks, trade secrets, and other intellectual property**

    *Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements

    ☑ No
    ☐ Yes. Give specific information about them...

27. **Licenses, franchises, and other general intangibles**

    *Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses

    ☑ No
    ☐ Yes. Give specific information about them...

**Money or property owed to you?**

*Current value of the portion you own?*
Do not deduct secured claims or exemptions.

28. **Tax refunds owed to you**

    ☑ No
    ☐ Yes. Give specific information about them, including whether you already filed the returns and the tax years...

    | | |
    |---|---|
    | Federal: | $ 0.00 |
    | State: | $ 0.00 |
    | Local: | $ 0.00 |

29. **Family support**

    *Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement

    ☑ No
    ☐ Yes. Give specific information....

30. **Other amounts someone owes you**

    *Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay, workers' compensation, Social Security benefits; unpaid loans you made to someone else

    ☑ No
    ☐ Yes. Give specific information....

31. **Interests in insurance policies**

    ☑ No
    ☐ Yes. Name the insurance company of each policy and list its value....

32. **Any interest in property that is due you from someone who has died**

    ☑ No
    ☐ Yes. Give specific information....

33. **Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**

    ☑ No
    ☐ Yes. Give specific information....

34. **Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**

    ☑ No
    ☐ Yes. Give specific information....

35. **Any financial assets you did not already list**

    ☑ No
    ☐ Yes. Give specific information....

36. Add the dollar value of the portion you own for all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here..................................................▶   $27,629.00

**Part 5:   Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1.**

37. **Do you own or have any legal or equitable interest in any business-related property?**

    ☑ No. Go to Part 6.
    ☐ Yes. Go to line 38.

**Part 6:   Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.**
If you own or have an interest in farmland, list it in Part 1.

46. **Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**

☑ No. Go to Part 7.
☐ Yes. Go to line 47.

## Part 7:   Describe All Property You Own or Have an Interest in That You Did Not List Above

53. **Do you have other property of any kind you did not already list?**

    *Examples:* Season tickets, country club membership

☑ No
☐ Yes. Give specific
    information...

54. Add the dollar value of all of your entries from Part 7. Write that number here  ·····························▶

                        $ 0.00

## Part 8:   List the Totals of Each Part of this Form

55. **Part 1: Total real estate, line 2** ················································································▶

56. **Part 2: Total vehicles, line 5**                              $ 0.00

                        $ 0.00

57. **Part 3: Total personal and household items, line 15**        $ 3,000.00

58. **Part 4: Total financial assets, line 36**               $ 27,629.00

59. **Part 5: Total business-related property, line 45**      $ 0.00

60. **Part 6: Total farm- and fishing-related property, line 52**   $ 0.00

61. **Part 7: Total other property not listed, line 54**       + $ 0.00

62. **Total personal property. Add lines 56 through 61** ··················   $ 30,629.00      Copy personal property total▶   + $ 30,629.00

63. **Total of all property on Schedule A/B. Add line 55 + line 62**                             $ 30,629.00

| Debtor 1 | Miho Maki | | |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: Southern District of New York

Case number
(If known) _____

☑ Check if this is an
amended filing

## Official Form 106C

# Schedule C: The Property You Claim as Exempt

4/22

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.

### Part 1:   Identify the Property You Claim as Exempt

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

   ☑ You are claiming state and federal nonbankruptcy exemptions. 11 U.S.C. § 522(b)(3)

   ☐ You are claiming federal exemptions. 11 U.S.C. § 522(b)(2)

2. **For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>Check only one box for each exemption | Specific laws that allow exemption |
|---|---|---|---|
| Brief description: Household Goods - Household goods and furnishings<br><br>Line from *Schedule A/B:* 6 | $ 1,000.00 | ☑ $ 1,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | NY CPLR § 5205 |
| Brief description: Electronics - Desktop computer, laptop computer, printer and cellular phone<br><br>Line from *Schedule A/B:* 7 | $ 500.00 | ☑ $ 500.00<br>☐ 100% of fair market value, up to any applicable statutory limit | NY CPLR § 5205 |
| Brief description: Clothing - Clothes<br><br>Line from *Schedule A/B:* 11 | $ 500.00 | ☑ $ 500.00<br>☐ 100% of fair market value, up to any applicable statutory limit | NY CPLR § 5205(a)(5) |

3. **Are you claiming a homestead exemption of more than $189,050?**

   (Subject to adjustment on 4/01/25 and every 3 years after that for cases filed on or after the date of adjustment.)

   ☑ No

   ☐ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?

       ☐ No

       ☐ Yes

| Part 2: | Additional Page |
| --- | --- |

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own Copy the value from *Schedule A/B* | Amount of the exemption you claim Check only one box for each exemption | Specific laws that allow exemption |
| --- | --- | --- | --- |
| Brief description: Jewelry - Rings, 2 sets of earrings and bracelet | $1,000.00 | ☑ $ 1,000.00 ☐ 100% of fair market value, up to any applicable statutory limit | NY CPLR § 5205 |
| Line from *Schedule A/B*: 12 | | | |
| Brief description: Cash on hand (Cash on Hand) | $100.00 | ☑ $ 100.00 ☐ 100% of fair market value, up to any applicable statutory limit | N.Y. CPLR § 5205 (a)(9) |
| Line from *Schedule A/B*: 16 | | | |
| Brief description: Capital One Bank (Restrained) (Checking Account) | $2,113.00 | ☑ $ 2,113.00 ☐ 100% of fair market value, up to any applicable statutory limit | N.Y. CPLR § 5205 (d) In re Wiltsie, 463 B.R. 223 (Bankr.N.D.N.Y. 2011) N.Y. CPLR § 5231 (b) |
| Line from *Schedule A/B*: 17.1 | | | |
| Brief description: TD Bank (Checking Account) | $694.00 | ☑ $ 694.00 ☐ 100% of fair market value, up to any applicable statutory limit | N.Y. CPLR § 5205 (d) In re Wiltsie, 463 B.R. 223 (Bankr.N.D.N.Y. 2011) N.Y. CPLR § 5231 (b) |
| Line from *Schedule A/B*: 17.2 | | | |
| Brief description: Apple Bank (Checking Account) | $5.00 | ☑ $ 5.00 ☐ 100% of fair market value, up to any applicable statutory limit | N.Y. CPLR § 5205 (d) In re Wiltsie, 463 B.R. 223 (Bankr.N.D.N.Y. 2011) N.Y. CPLR § 5231 (b) |
| Line from *Schedule A/B*: 17.3 | | | |
| Brief description: Rakuten Bank (Other (Credit Union, Health Savings Account, etc)) | $3,045.00 | ☑ $ 3,045.00 ☐ 100% of fair market value, up to any applicable statutory limit | N.Y. CPLR § 5205 (d) In re Wiltsie, 463 B.R. 223 (Bankr.N.D.N.Y. 2011) N.Y. CPLR § 5231 (b) |
| Line from *Schedule A/B*: 17.4 | | | |
| Brief description: Yu-Cho Japan Post Bank (Other (Credit Union, Health Savings Account, etc)) | $646.00 | ☑ $ 646.00 ☐ 100% of fair market value, up to any applicable statutory limit | N.Y. CPLR § 5205 (d) In re Wiltsie, 463 B.R. 223 (Bankr.N.D.N.Y. 2011) N.Y. CPLR § 5231 (b) |
| Line from *Schedule A/B*: 17.6 | | | |
| Brief description: TD Bank (Savings Account) | $345.00 | ☑ $ 345.00 ☐ 100% of fair market value, up to any applicable statutory limit | N.Y. CPLR § 5205 (d) In re Wiltsie, 463 B.R. 223 (Bankr.N.D.N.Y. 2011) N.Y. CPLR § 5231 (b) |
| Line from *Schedule A/B*: 17.7 | | | |
| Brief description: Capital One Bank (Restrained) (Savings Account) | $1,340.00 | ☑ $ 1,340.00 ☐ 100% of fair market value, up to any applicable statutory limit | N.Y. CPLR § 5205 (d) In re Wiltsie, 463 B.R. 223 (Bankr.N.D.N.Y. 2011) N.Y. CPLR § 5231 (b) |
| Line from *Schedule A/B*: 17.8 | | | |
| Brief description: Gain Capital Group LLC | $457.00 | ☑ $ 175.00 ☐ 100% of fair market value, up to any applicable statutory limit | N.Y. CPLR § 5205 (a)(9) |
| Line from *Schedule A/B*: 18 | | | |
| Brief description: Investors Group | $1,000.00 | ☑ $ 1,000.00 ☐ 100% of fair market value, up to any applicable statutory limit | N.Y. CPLR § 5205 (a)(9) |
| Line from *Schedule A/B*: 18 | | | |
| Brief description: New York Life Insurance & Annuity Corp. | $15,061.00 | ☑ $ 15,061.00 ☐ 100% of fair market value, up to any applicable statutory limit | N.Y. CPLR § 5205 (c) N.Y. Debt. & Cred. Law § 282 (2)(e) |
| Line from *Schedule A/B*: 21 | | | |

**Part 2:    Additional Page**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own Copy the value from Schedule A/B | Amount of the exemption you claim Check only one box for each exemption | Specific laws that allow exemption |
|---|---|---|---|
| Security Deposit With Landlord (Security Deposits) | | | |
| Brief description: | $ 2,000.00 | ☑ $ 2,000.00 | N.Y. CPLR § 5205 (g) |
| Line from *Schedule A/B*:  22 | | ☐ 100% of fair market value, up to any applicable statutory limit | |
| Brief description: | $_____ | ☐ $ _____ | |
| Line from *Schedule A/B*: | | ☐ 100% of fair market value, up to any applicable statutory limit | |
| Brief description: | $_____ | ☐ $ _____ | |
| Line from *Schedule A/B*: | | ☐ 100% of fair market value, up to any applicable statutory limit | |
| Brief description: | $_____ | ☐ $ _____ | |
| Line from *Schedule A/B*: | | ☐ 100% of fair market value, up to any applicable statutory limit | |
| Brief description: | $_____ | ☐ $ _____ | |
| Line from *Schedule A/B*: | | ☐ 100% of fair market value, up to any applicable statutory limit | |
| Brief description: | $_____ | ☐ $ _____ | |
| Line from *Schedule A/B*: | | ☐ 100% of fair market value, up to any applicable statutory limit | |
| Brief description: | $_____ | ☐ $ _____ | |
| Line from *Schedule A/B*: | | ☐ 100% of fair market value, up to any applicable statutory limit | |
| Brief description: | $_____ | ☐ $ _____ | |
| Line from *Schedule A/B*: | | ☐ 100% of fair market value, up to any applicable statutory limit | |
| Brief description: | $_____ | ☐ $ _____ | |
| Line from *Schedule A/B*: | | ☐ 100% of fair market value, up to any applicable statutory limit | |
| Brief description: | $_____ | ☐ $ _____ | |
| Line from *Schedule A/B*: | | ☐ 100% of fair market value, up to any applicable statutory limit | |
| Brief description: | $_____ | ☐ $ _____ | |
| Line from *Schedule A/B*: | | ☐ 100% of fair market value, up to any applicable statutory limit | |
| Brief description: | $_____ | ☐ $ _____ | |
| Line from *Schedule A/B*: | | ☐ 100% of fair market value, up to any applicable statutory limit | |

Fill in this information to identify your case:

Debtor 1    Miho Maki
            First Name        Middle Name        Last Name

Debtor 2
(Spouse, if filing)  First Name    Middle Name    Last Name

United States Bankruptcy Court for the:  Southern District of New York

Case number
(if know)

☑ Check if this is
an amended
filing

Official Form 106H

# Schedule H: Your Codebtors

12/15

Codebtors are people or entities who are also liable for any debts you may have. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left. Attach the Additional Page to this page. On the top of any Additional Pages, write your name and case number (if known). Answer every question.

1. **Do you have any codebtors?**  (If you are filing a joint case, do not list either spouse as a codebtor.)
   ☐ No
   ☑ Yes

2. **Within the last 8 years, have you lived in a community property state or territory?**  (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)
   ☑ No. Go to line 3.
   ☐ Yes. Did your spouse, former spouse, or legal equivalent live with you at the time?

3. **In Column 1, list all of your codebtors. Do not include your spouse as a codebtor if your spouse is filing with you. List the person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner. Make sure you have listed the creditor on Schedule D (Official Form 106D), Schedule E/F (Official Form 106E/F), or Schedule G (Official Form 106G). Use Schedule D, Schedule E/F, or Schedule G to fill out Column 2.**

| Column 1: Your codebtor | Column 2: The creditor to whom you owe the debt<br>Check all schedules that apply: |
|---|---|
| **3.1** Ramen-ya Inc.<br>Name<br>c/o Miho Maki 166 E. 82nd Street, #4C<br>Street<br>New York  NY  10028<br>City  State  ZIP Code | ☐ Schedule D, line ____<br>☑ Schedule E/F, line _4.5_<br>☐ Schedule G, line ____ |
| **3.2** Y & S International Corp.<br>Name<br>345 East 78th Street<br>Street<br>New York  NY  10075<br>City  State  ZIP Code | ☐ Schedule D, line ____<br>☑ Schedule E/F, line _4.5_<br>☐ Schedule G, line ____ |
| **3.3** Masahiko Negita<br>Name<br>8 Floral Terrace<br>Street<br>Tenafly  NJ  07670<br>City  State  ZIP Code | ☐ Schedule D, line ____<br>☑ Schedule E/F, line _4.5_<br>☐ Schedule G, line ____ |
| **3.4** Yasuko Negita<br>Name<br>8 Floral Terrace<br>Street<br>Tenafly  NJ  07670<br>City  State  ZIP Code | ☐ Schedule D, line ____<br>☑ Schedule E/F, line _4.5_<br>☐ Schedule G, line ____ |

**3.5**

Kenji Kora

Name

☐ Schedule D, line _____

☑ Schedule E/F, line 4,5

☐ Schedule G, line _____

Street

City                              State      ZIP Code