# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK
**One Bowling Green**
**New York, NY 10004−1408**

| | |
|---|---|
| IN RE: Miho Maki | CASE NO.: 23−10978−mg |
| Social Security/Taxpayer ID/Employer ID/Other Nos.: xxx−xx−2537 | CHAPTER: 7 |
| | TRUSTEE: |
| | Alan Nisselson<br>Windels Marx Lane & Mittendorf, LLP<br>156 West 56th Street<br>New York, NY 10019 |
| | Telephone: (212) 237−1199 |

# NOTICE OF POSSIBLE PAYMENT OF DIVIDENDS
# AND OF LAST DATE TO FILE CLAIMS

To the creditors of the above named debtor:

As a result of the administration of the debtor's estate, a dividend to creditors now appears possible. You are hereby advised of the opportunity to file a claim in order to share in any distribution. A creditor must file a Proof of Claim whether or not the debt is included in the list of creditors filed by the debtor.

The Proof of Claim must be filed on or before October 20, 2023.

Please take further notice that if you have a Proof of Claim on file or one has been filed on your behalf, do not file again.

A Proof of Claim form has not been included with this notice but one is available online at www.uscourts.gov and on the court's website, www.nysb.uscourts.gov. All Proofs of Claim must be filed electronically on the Court's website or mailed to the court at the above address.

Dated: July 18, 2023                    Vito Genna
                                        Clerk of the Court

United States Bankruptcy Court
Southern District of New York

In re:  Case No. 23-10978-mg
Miho Maki  Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0208-1     User: admin     Page 1 of 2
Date Rcvd: Jul 19, 2023     Form ID: pdn     Total Noticed: 27

The following symbols are used throughout this certificate:
**Symbol**     **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 21, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Miho Maki, 166 E. 82nd Street, #4C, New York, NY 10028-1847 |
| 8029986 | + | 166 E. 82nd Street LLC, P.O. Box 3423, Grand Central Station, New York, NY 10163-3423 |
| 8029987 | + | Capital One Quicksilver Card, 347 Sixth Avenue, New York, NY 10014-3821 |
| 8029992 | + | Ku-Raku New York Inc., 3952 Broadway, New York, NY 10032-1543 |
| 8029993 | | Masahiko Negita, 8 Floral Terrace, Tenafly, NJ 07670 |
| 8029994 | + | NYC Dept. of Finance, 66 John Street, 2nd Floor, Legal Dept., Brooklyn, NY 11201-1122 |
| 8029995 | + | NYC Law Dept., 100 Church Street, New York, NY 10007-2668 |
| 8029996 | + | NYS Attorney General, 28 Liberty Street, New York, NY 10005-1400 |
| 8030000 | + | Office of the U.S. Trustee, Alexander Hamilton Custom House, One Bowling Green, Room 534, New York, NY 10004-1459 |
| 8030001 | + | Ornrat Keawsri, Lead Plaintiff, et al., c/o Florence Rostami Law, LLC, 420 Lexington Avenue, Suite 1402, New York, NY 10170-0057 |
| 8030003 | + | Ramen-ya Inc., c/o Miho Maki, 166 E. 82nd Street, #4C, New York, NY 10028-1847 |
| 8030005 | + | U.S. Dept. of Justice, Box 55, Washington, DC 20044-0055 |
| 8030006 | + | United States Attorney, One St. Andrews Plaza, Claims Unit, New York, NY 10007-1701 |
| 8030007 | + | Y & S International Corp., 345 East 78th Street, New York, NY 10075-1317 |
| 8030008 | | Yasuko Negita, 8 Floral Terrace, Tenafly, NJ 07670 |

TOTAL: 15

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| tr | + | EDI: BANISSELSON.COM | Jul 19 2023 23:11:00 | Alan Nisselson, Windels Marx Lane & Mittendorf, LLP, 156 West 56th Street, New York, NY 10019-3800 |
| smg | | Email/Text: labor.sm.ui.bankruptcy@labor.ny.gov | Jul 19 2023 19:14:00 | N.Y. State Unemployment Insurance Fund, P.O. Box 551, Albany, NY 12201-0551 |
| smg | + | Email/Text: DOFBankruptcy@finance.nyc.gov | Jul 19 2023 19:14:00 | New York City Dept. Of Finance, Office of Legal Affairs, 375 Pearl Street, 30th Floor, New York, NY 10038-1442 |
| smg | | Email/Text: nys.dtf.bncnotice@tax.ny.gov | Jul 19 2023 19:14:00 | New York State Tax Commission, Bankruptcy/Special Procedures Section, P.O. Box 5300, Albany, NY 12205-0300 |
| smg | + | Email/Text: USANYS.Bankruptcy@usdoj.gov | Jul 19 2023 19:14:00 | United States Attorney's Office, Southern District of New York, Attention: Tax & Bankruptcy Unit, 86 Chambers Street, Third Floor, New York, NY 10007-1825 |
| 8029990 | | EDI: IRS.COM | Jul 19 2023 23:11:00 | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 8029988 | | EDI: JPMORGANCHASE | Jul 19 2023 23:11:00 | Chase Amazon Card, 340 Avenue of the Americas, New York, NY 10011 |
| 8029989 | | EDI: JPMORGANCHASE | Jul 19 2023 23:11:00 | Chase Freedom Card, 340 Avenue of the Americas, New York, NY 10011 |
| 8029997 | + | Email/Text: labor.sm.ui.bankruptcy@labor.ny.gov | Jul 19 2023 19:14:00 | NYS Dept. of Labor, WA Harriman Campus, Building 12, #256, Albany, NY 12240-0001 |

| | | | | |
|---|---|---|---|---|
| 8029998 | | Email/Text: nys.dtf.bncnotice@tax.ny.gov | Jul 19 2023 19:14:00 | NYS Dept. of Taxation and Finance, Bankruptcy/Special Procedures Section, P.O. Box 5300, Albany, NY 12205-0300 |
| 8029999 | + | Email/Text: labor.sm.ui.bankruptcy@labor.ny.gov | Jul 19 2023 19:14:00 | NYS Unemployment Insurance Fund, P.O. Box 551, Albany, NY 12201-0551 |
| 8030002 | + | Email/Text: dpick@picklaw.net | Jul 19 2023 19:14:00 | Pick & Zabicki LLP, 369 Lexington Avenue, 12th Floor, New York, NY 10017-6527 |

TOTAL: 12

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 8029991 | | Kenji Kora, Address Unknown |
| 8030004 | | Toshihito Kobayashi, Address Unknown |
| aty | *+ | Alan Nisselson, Windels Marx Lane & Mittendorf, LLP, 156 West 56th Street, New York, NY 10019-3800 |

TOTAL: 2 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 21, 2023     Signature:     /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 18, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Alan Nisselson | on behalf of Trustee Alan Nisselson anisselson@windelsmarx.com n159@ecfcbis.com;theston@windelsmarx.com;mcorwin@windelsmarx.com |
| Alan Nisselson | anisselson@windelsmarx.com n159@ecfcbis.com;theston@windelsmarx.com;mcorwin@windelsmarx.com |
| Douglas J. Pick | on behalf of Debtor Ramen-ya Inc. dpick@picklaw.net ezabicki@picklaw.net |
| Douglas J. Pick | on behalf of Debtor Miho Maki dpick@picklaw.net ezabicki@picklaw.net |
| United States Trustee | USTPRegion02.NYECF@USDOJ.GOV |

TOTAL: 5