FLORENCE ROSTAMI LAW, LLC
420 Lexington Avenue, Suite 1402
New York, New York 10170
T (212) 209-3962
F (212) 209-7100
Florence Rostami
frostami@rostamilaw.com
*Attorneys for Creditors Ornrat Keawsri et.al.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| In re | **Chapter 7** |
|---|---|
| **MIHO MAKI,** | Case No. 23-10978-mg |
| **Debtor.** | |

**NOTICE OF MOTION OF CREDITORS ORNRAT KEAWSRI ET AL FOR AN ORDER EXTENDING THEIR TIME TO OBJECT TO DISCHARGEABILITY OF THE <u>DEBT OR DISCHARGE</u>**

PLEASE TAKE NOTICE that, upon the motion (the "**Motion**") of the creditors Ornrat Keawsri, Sachina Nagae, Takayuki Sekiya, Siwapon Topon, Pimparat Ketchatrot, Thiratham Raksuk, Parichat Kongtuk, Tanon Leechot, Thanatharn Kulaptip, Wanwisa Nakwirot, Natcha Natatpisit, and Parada Mongkolkajit (collectively, *"Creditors"*), and the supporting declaration of Florence Rostami (the *"Declaration"*), a hearing will be held before the Honorable Martin Glenn, Chife United States Bankruptcy Judge, in his courtroom at the United States Bankruptcy Court for the Southern District of New York, One Bowling Green, New York, New York 10004, **on October 25, 2023 at 10:00 a.m., prevailing Easter Time** (the *"Hearing"*), or as soon thereafter as counsel may be heard, for the entry of an Order to extend Creditors' deadline to file (a) an objection to dischargeability of Debtor Miho Maki's (*"Maki"*) debt owed to Creditors pursuant to 11 U.S.C. § 523(a)(6) and Fed. R. Bankr. P. 4007, or (b) an objection to Maki's discharge pursuant to 11 U.S.C.

§ 727 and Fed. R. Bankr. P. 4004 from September 18, 2023 to, through, and including November 21, 2023.

PLEASE TAKE FURTHER NOTICE that, pursuant to General Order M-543 and Chief Bankruptcy Judge Glenn's Chamber Rules, both available on the Court's website at www.nysb.uscourts.gov (the **"Court's Website"**), the Court is not holding in-person hearings at this time and consequently **the Hearing will be conducted using Zoom for Government**. Parties and counsel wishing to participate in the Hearing using Zoom for Government, whether making a "live" or "listen only" appearance before the Court, must make an eCourtAppearance through the Court's Website. Appearances through eCourtAppearance must be made **no later than 4:00 p.m. on the business day before the Hearing** (the "***Appearance Reservation Deadline***"). After the Appearance Reservation Deadline, parties and counsel making a timely eCourtAppearance will receive via email from the Court an invitation to participate in the Hearing through Outlook. Outlook invitation requests will **not** be made by emailing the Court. For more information, parties and counsel are referred to the two tabs on Chief Bankruptcy Judge Glenn's Chambers page on the Court's Website (http://www.nysb.uscourts.gov/content/chief-judge-martin-glenn) labeled: "Zoom Hearings" and "eCourtAppearances." Click on the eCourtAppearances tab to make your appearance for the Hearing.

**PLEASE TAKE FURTHER NOTICE** that the Motion and the Declaration may be inspected on the Court's Website (www.nysb.uscourts.gov), or by request to undersigned counsel. A Pacer password is required to access documents on the Website.

**PLEASE TAKE FURTHER NOTICE** that responses or objections to the Motion must be in writing, conform to the Bankruptcy Code, the Bankruptcy Rules, and the Court's Local Rules, be electronically filed with the Bankruptcy Court in accordance with General Order No. M-399,

which, along with the User's Manual for the Electronic Case Filing System, can be found at the Court's Website, and be served so as to be **received by no later than September 29, 2023 at 5:00 p.m. prevailing Eastern time** by: (i) the Bankruptcy Judge (a hard copy clearly marked "Chambers Copy" must be delivered to the Court to the attention of Chambers of The Honorable Martin Glenn), (ii) undersigned counsel for the Trustee, and (iii) the Office of the United States Trustee for the Southern District of New York, One Bowling Green, Suite 534, New York, New York 10004.

**PLEASE TAKE FURTHER NOTICE** that only those responses or objections that are timely filed, served, and received will be considered at the Hearing. Failure to file a timely response or objection may result in entry of a final order granting the Motion as requested by the Trustee without further notice. Parties who timely file responses or objections are required to attend the Hearing and failure to attend in person or by counsel (telephonically as set forth above) may result in relief being granted or denied upon default.

**PLEASE TAKE FURTHER NOTICE** that the Hearing may be adjourned from time to time without any further notice except for an announcement at the Hearing.

Dated: New York, New York
September 15, 2023

FLORENCE ROSTAMI LAW, LLC

By: */s/ Florence Rostami*
Florence Rostami
frostami@rostamilaw.com
420 Lexington Avenue, Suite 1402
New York, New York 10170
T (212) 209-3962
F (212) 209-7100
*Attorneys for Creditors*