**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re | Chapter 7 |
| MIHO MAKI, | Case No. 23-10978 (MG) |
| Debtor. | |

**ORDER ADJOURNING HEARING**
**SCHEDULED FOR OCTOBER 26, 2023**

The Court received a letter from Florence Rostami, Esq. ("Rostami"), counsel to creditors of debtor Miho Maki ("Debtor" or "Maki"), requesting adjournment of the creditors' motion to extend the deadline for objection to Debtor's discharge. The hearing is currently scheduled for October 26, 2023. Rostami suffered a serious hand injury for which the first of several surgeries is scheduled for October 27.

The Court hereby orders that the hearing scheduled for October 26, 2023 is adjourned until 2:00 pm, November 28, 2023. To the extent, but only to the extent, that the deadline to seek to extend the deadline to object to Debtor's discharge has not expired before the entry of this Order, the deadline is extended until the conclusion of the hearing on November 28, 2023, subject to any further extensions that may be granted upon consent or upon good cause shown.

**IT IS SO ORDERED**.

Dated: October 24, 2023
       New York, New York

                                                **/s/ Martin Glenn**
                                                  MARTIN GLENN
                                       United States Bankruptcy Judge